UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:13-cr-78 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| REX S. TUCKER, JR., | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| Defendant. | : | |
| | : | |

---

ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION
(DOC. NO. 50); ENFORCING WRIT OF GARNISHMENT (DOC. NO. 32); AND,
GRANTING MOTION FOR ASSIGNMENT OF JUDGMENT (DOC. NO. 48)

---

Presently before the Court is Magistrate Judge Caroline H. Gentry's Report and Recommendation ("Report") (Doc. No. 50). Therein, Magistrate Judge Gentry makes three recommendations: first, Magistrate Judge Gentry recommends enforcing a writ of garnishment against the estate of Defendant Rex Tucker, Jr.'s ("Tucker") father to satisfy Tucker's restitution obligation in this case (*id.* at PageID 183); second, Magistrate Judge Gentry, observing that Tucker's father was also Tucker's victim for purposes of restitution, recommends granting the pending Motion for Assignment of Judgment (*id.* at PageID 187); and, finally, Magistrate Judge Gentry has recommended that the Court modify its Amended Judgment (Doc. No. 29) to ensure that Tucker's garnished interest in his father's estate goes to Tucker's siblings rather than Tucker himself (Doc. No.50 at PageID 183-87.)

Having conducted a *de novo* review of the record and, noting that no objections have been filed regarding Magistrate Judge Gentry's Report, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** Magistrate Judge Gentry's Report

1

and Recommendation (Doc. No. 50). In particular, the Court agrees that the facts of this case are materially distinguishable from those present in *U.S. v. O'Hara*, 114 F.4th 557 (6th Cir. 2024), and a failure to modify Tucker's restitution obligation in this instance would lead to an absurd result that runs contrary to public policy. Accordingly, the Court rules as follows:

1. The Court hereby **OVERRULES** any pending objections to the Government's Writ of Garnishment (Doc. No. 32) and **ORDERS** that the Writ be **ENFORCED**;

2. The Motion for Assignment of Judgment (Doc. No. 48) is hereby **GRANTED**. The Victim's interest in restitution here is, therefore, assigned equally to Eddie A. Tucker, Sr., Tammy L. England, Debra S. tucker, and Tiffany Creemens. All payments of restitution received by the United States of America in this matter shall be disbursed equally to said individuals; and,

3. The Court's Amended Judgment shall be **MODIFIED** in accordance with the findings articulated herein.

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, December 18, 2025.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE